UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-60073-CIV-COHN/SELTZER

SANDRA SCHLAU,

Plaintiff,

v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

Defendant.
_______________________________/

## ORDER CLOSING CASE

**THIS CAUSE** is before the Court upon the Joint Stipulation of Dismissal with Prejudice [DE 23]. Because the parties have dismissed this action with prejudice, the Clerk is directed to **CLOSE** the case and **DENY AS MOOT** all pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 6th day of June, 2016.

James I. Cohn
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record via CM/ECF